# APPEAL NO. 13-1779
_____

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

QUINTON BROWN, JASON GUY, RAMON ROANE, ALVIN SIMMONS, SHELDON SINGLETARY, GERALD WHITE, and JACOB RAVENELL, individually and on behalf of the class they seek to represent,

      Plaintiffs-Appellants,

v.

NUCOR CORPORATION and NUCOR STEEL-BERKELEY,

      Defendants-Appellees.

## UNOPPOSED MOTION FOR EXTENSION OF TWO WEEKS TO FILE APPELLANT'S PRINCIPAL BRIEF AND JOINT APPENDIX

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Local Rule 27, Appellants Quinton Brown, et al., hereby move for a fourteen day extension of time within which to file their Brief and Joint Appendix. In support of this motion, appellant states:

1.    The Appellee does not object to the requested extension.

2.    Appellant's Brief and Joint Appendix are currently due to be filed by September 16, 2013. This filing deadline has not been previously extended.

3.    Counsel for the Appellants, Robert L. Wiggins, Jr., has been scheduled

1

for a medical procedure on September 11, 2011.

WHEREFORE, for the reasons stated herein, Appellants request that the Court extend the time to file Appellant's Brief and Joint Appendix by fourteen days to and including September 30, 2013.

Respectfully submitted, this 9th day of September, 2013

s/Robert L. Wiggins, Jr.
Robert L. Wiggins, Jr.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building, 301 19th Street North
Birmingham, Alabama 35203
205-314-0500
205-254-1500 (facsimile)

Armand Derfner, Bar No. 502
D. Peters Wilborn, Jr., Bar No. 760
Derfner, Altman & Wilborn
575 King Street
P.O. Box 600
Charleston, S.C. 29402
(843) 723-9804
(843) 723-7446 (facsimile)

Attorneys for Plaintiffs-Appellants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2013, I electronically filed the foregoing, the Unopposed Motion For Extension Of Two Weeks To File Appellants' Principal Brief and Joint Appendix, by using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                    s/Robert L. Wiggins, Jr.
                                    OF COUNSEL

APPEAL NO. 13-1779
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

QUINTON BROWN, JASON GUY,
RAMON ROANE, ALVIN SIMMONS,
SHELDON SINGLETARY,
GERALD WHITE, and JACOB
RAVENELL, individually and
on behalf of the class they seek to
represent,

   Plaintiffs-Appellants,

v.

NUCOR CORPORATION and
NUCOR STEEL-BERKELEY,

   Defendants-Appellees.

### CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT

Counsel for Appellants certifies that the following is a complete list of the trial judges; attorneys involved in the case; and all persons, associations of persons, firms, partnerships, and corporations having an interest in the outcome of this case:

  1.  Plaintiff-Appellants: Quinton Brown, Jason Guy, Ramon Roane, Alvin Simmons, Sheldon Singletary, Gerald White, and Jacob Ravenell, individually and on behalf of the class they seek to represent;

*Brown, et al. v. Nucor Corp.*, et al.
Appeal No. 13-1779

    2.    Cary A. Farris, J. Shannon Gatlin, John K. Linker, and the attorneys working for or with the firm of Alaniz & Schraeder, LLP attorneys for the defendants-appellees;

    3.    Armand Derfner, D. Peters Wilborn, Jr. and the attorneys working for or with the firm of Derfner, Altman & Wilborn, attorneys for the plaintiffs-appellants;

    4.    Robert L. Hodges, John Tracy Walker, IV, and the attorneys working for or with the firm of McGuire Woods LLP, attorneys for defendant-appellees;

    5.    Honorable C. Weston Houck, United States District Judge;

    6.    John S. Wilkerson, III, Nosizi Ralephata, and the attorneys working for or with the firm of Turner Padgett Graham & Laney PA, attorneys for defendants-appellees;

    7.    Nucor Corporation, defendant-appellee;

    8.    Nucor Steel Berkeley, defendant-appellee;

    9.    Robert L. Wiggins, Jr., Ann K. Wiggins, and the attorneys working for or with the firm of Wiggins, Childs, Quinn and Pantazis, LLC, attorneys for plaintiffs-appellants.

*Brown, et al. v. Nucor Corp.*, et al.
Appeal No. 13-1779

  10. John S. Wilkerson, III, Nosizi Ralephata, and the attorneys working for or with the firm of Turner, Padget, Graham & Laney, P.A. attorneys for the defendants-appellees.

          <u>s/Robert L. Wiggins, Jr.</u>

          Of Counsel