# Record No. 13-1779

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**QUINTON BROWN**, *et al.*,

    **Appellants,**

v.

**NUCOR CORPORATION,** *et al.***,**

    **Appellees.**

### JOINT CONSENT MOTION FOR AN EXTENSION OF TIME FOR APPELLEES NUCOR CORPORATION AND NUCOR STEEL-BERKELEY TO FILE THEIR RESPONSE BRIEF

Pursuant to Federal Rules of Appellate Procedure 26(b) and Local Rule 31(c), Appellees Nucor Corporation and Nucor Steel-Berkeley ("Nucor"), with the consent of Appellants, respectfully request that this Court grant Appellees an extension of time from November 4, 2013 to November 18, 2013 in which to file Appellees' Response Brief. Appellant's Reply Brief would remain due 14 days from service of Appellees' Response Brief. This is Appellees' first request for an extension of time, and the time for filing Appellees' brief has not yet expired.

Good cause exists for the requested extension because of the complexity of the issues presented in Appellants' Opening Brief and because Nucor has retained additional counsel to assist it in the preparation of its Response Brief.

For the foregoing reasons, Nucor respectfully request a two week extension of Appellees' deadline to file their Response Brief, thereby extending the current November 4, 2013 deadline to November 18, 2013.

### CERTIFICATION PURSUANT TO LOCAL APP.R. 27(a)

Counsel certify that opposing counsel have been informed of the intended filing of this motion.  Opposing counsel have indicated that they consent to the motion.

                                                NUCOR CORPORATION
                                                NUCOR STEEL-BERKELEY

                                                Respectfully submitted,

                                                s/J. Tracy Walker, IV_____

| | |
|---|---|
| J. Tracy Walker, IV | John S. Wilkerson, III |
| Robert L. Hodges | **TURNER, PADGET, GRAHAM & LANEY, P.A.** |
| **MCGUIRE WOODS LLP** | P.O. Box 22129 |
| 901 East Cary Street | Gateway Center, Suite 200 |
| Richmond, VA  23219 | 40 Calhoun Street |
| Telephone: (804) 775-1000 | Charleston, SC  29401 |
| Facsimile: (804) 698-2082 | Telephone: (843) 576-2801 |
| | Facsimile: (843) 577-1649 |

Cary A. Farris

2

John K. Linker
J. Shannon Gatlin
**ALANIZ & SCHRADER, LLP**
2500 City West Boulevard, Suite1000
Houston, TX 77042
Telephone: (281) 833-2200
Facsimile: (281) 833-2240

*Counsel for Appellees Nucor*
*Corporation and Nucor Steel-Berkeley*

## CERTIFICATE

I certify that on October 8, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

                                        s/J. Tracy Walker, IV_____